UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LINWOOD POISSONNIER, | ) |
|    Plaintiff | ) ) ) |
| v. | ) CIVIL NO. 1:24-cv-54-NT ) |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) ) ) |
|    Defendant | ) |

## JUDGMENT

In accordance with the Order issued by U.S. District Judge Nancy Torresen, dated August 23, 2024, this case is REVERSED and REMANDED for further proceedings, pursuant to sentence four of 42 U.S.C. Section 405(g).

CHRISTA K. BERRY, CLERK

By: /s/ Stacey Graf
Deputy Clerk

Dated: August 26, 2024